**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

MASTER DOCKET

18-md-2865 (LAK)

This document relates to all cases.

<u>**NOTICE OF APPEARANCE**</u>

  **PLEASE TAKE NOTICE** that Gregory C. Farrell of the law firm Hughes Hubbard &

Reed LLP hereby appears on behalf of Plaintiff Skatteforvaltningen.  The undersigned hereby

certifies that he is admitted to practice before this Court.

Dated: New York, New York
    April 29, 2022

       HUGHES HUBBARD & REED LLP

       By: /s/ Gregory C. Farrell
        Gregory C. Farrell
       One Battery Park Plaza
       New York, New York 10004-1482
       Telephone: (212) 837-6000
       Fax:  (212) 422-4726
       gregory.farrell@hugheshubbard.com

       *Counsel for Plaintiff Skatteforvaltningen*
       *(Customs and Tax Administration of the*
       *Kingdom of Denmark)*